

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

ORIGINAL

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 9, 2020

**HAND DELIVERY**

The Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    **Re:** *United States v. Jose Morely Chocron, et al.*, **20 Mag. 2246 (UA)**

Dear Judge Wang:

    The Government respectfully requests that the Court order the unsealing of the Complaint in the above-captioned matter.

                              Very truly yours,

                              GEOFFREY S. BERMAN
                              United States Attorney

               by: _____
                              Sarah Mortazavi
                              Andrew Adams
                              Benet Kearney
                              Assistant United States Attorneys
                              (212) 637-2520 / 2340 / 2260

*So ordered*

*[signature]*

*9 Mar 2020.*